AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

KEVIN BROOKS,

    Petitioner,

V.

E.K. MCDANIEL, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:07-cv-00394-ECR-VPC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is **DISMISSED.**

  April 7, 2008                           **LANCE S. WILSON**
                                             Clerk

                                         /s/ Daniel R. Morgan
                                               Deputy Clerk